| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Yeakel III, Earl L | 2. Court or Organization<br><br>District Court, W.D. Texas | 3. Date of Report<br><br>6/14/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5. ReportType (check appropriate type)<br><br>○ Nomination,    Date<br><br>○ Initial    ● Annual    ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>United States Courthouse<br>200 West 8th Street<br>Austin, Texas 78701 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee & Vice President | Theodore Roosevelt Association |
| 2. Trustee | Austin Rotary Club Foundation |
| 3. Director, President-Elect, & President | Rotary Club of Austin |
| 4. Member | University of Texas Longhorn Foundation Advisory Board |
| 5. Member | Texas Commission on Uniform State Laws |
| 6. Member | National Conference of Commissioners on Uniform State Laws |
| 7. President | Austin Chapter, The English-Speaking Union |
| 8. Member | Advisory Board, Austin Lawyers Chapter, The English-Speaking Union |

# II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2005 JUN 15 P 3: 15 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | Texas Court of Appeals, Third District | $71,566.64 |
| 2. | 2003 | Travis County, Texas | - $2,712.50 |

### B. Spouse's Non-Investment Income(If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | State Bar of Texas |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Austin Chapter, Federal Bar Association | Investiture Ceremony | $5,250 |
| 2. | Travis County Bar Association | Investiture Ceremony | $5,250 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Liberty Bank SSB | Line of Credit | K |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date: Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. AXP Common Stock | A | Dividend | | | Sold | 11/14 | J | D | |
| 2. BUD Common Stock | A | Dividend | | | Sold | 11/24 | K | E | |
| 3. TWX Common Stock (formerly AOL) | | None | | | Sold | 11/24 | J | B | |
| 4. BA Common Stock | A | Dividend | J | T | | | | | |
| 5. BMY Common Stock | A | Dividend | | | Sold | 11/24 | J | | |
| 6. CASS Common Stock | A | Dividend | | | Sold | 12/26 | J | A | |
| 7. SCH Common Stock | A | Dividend | J | T | | | | | |
| 8. CVX Common Stock | A | Dividend | K | T | | | | | |
| 9. C Common Stock | A | Dividend | J | T | | | | | |
| 10. CMCSA Common Stock | | None | | | Sold | 12/02 | J | A | |
| 11. DCX Common Stock | A | Dividend | | | Sold | 11/24 | J | | |
| 12. DELL Common Stock | | None | L | T | | | | | |
| 13. XOM Common Stock | A | Dividend | J | T | | | | | |
| 14. F Common Stock | A | Dividend | J | T | | | | | |
| 15. HPQ Common Stock | A | Dividend | | | Sold | 11/24 | J | | |
| 16. HD Common Stock | A | Dividend | J | T | | | | | |
| 17. INTC Common Stock | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L | 6/14/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. JPM Common Stock | A | Dividend | J | T | | | | | |
| 19. LEH Common Stock | A | Dividend | | | Sold | 11/14 | J | A | |
| 20. MSFT Common Stock | | None | J | T | | | | | |
| 21. PDC Common Stock | | None | J | T | | | | | |
| 22. RG Common Stock | | None | J | T | | | | | |
| 23. RD Common Stock | A | Dividend | K | T | | | | | |
| 24. LUV Common Stock | A | Dividend | L | T | | | | | |
| 25. SPND.OB Common Stock | | None | J | T | | | | | |
| 26. TGT Common Stock | A | Dividend | | | Sold | 11/24 | J | B | |
| 27. UCL Common Stock | A | Dividend | J | T | | | | | |
| 28. VIAb Common Stock | | None | J | T | | | | | |
| 29. VZ Common Stock | A | Dividend | J | T | | | | | |
| 30. DIS Common Stock | A | Dividend | J | T | | | | | |
| 31. WFC Common Stock | A | Dividend | | | Sold | 11/24 | J | B | |
| 32. GTTCX Mutual Fund | A | Dividend | J | T | | | | | |
| 33. FBGRX Mutual Fund | A | Dividend | K | T | | | | | |
| 34. FHKCX Mutual Fund | A | Dividend | J | T | | | | | |
| 35. FTEXX Mutual Fund | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L | 6/14/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) | (2) | (1) | (2) | (1) | (2) | (3) | (4) | (5) |
| | Amount Code 1 (A-H) | Type (e.g. div. rent. or int.) | Value Code 2 (J-P) | Value Method Code 3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | Date: Month - Day | Value Code 2 (J-P) | Gain Code 1 (A-H) | Identity of buyer/seller (if private transaction) |
| 36. FGRXX Mutual Fund | A | Dividend | J | T | | | | | |
| 37. GHPXX Mutual Fund | | | | | | | | | |
| 38. Vanguard Growth Index Fund | B | Dividend | | | Sold | 09/05 | K | D | |
| 39. VWITX Mutual Fund | A | Dividend | J | T | | | | | |
| 40. VMMXX Mutual Fund | A | Dividend | K | T | | | | | |
| 41. FREEX Mutual Fund | | None | | | Sold | 10/23 | K | D | |
| 42. AWSHX Mutual Fund | | None | | | Sold | 10/23 | K | D | |
| 43. PNOPX Mutual Fund | | None | | | Sold | 10/23 | L | | |
| 44. FRBSX Mutual Fund | | None | | | Sold | 10/23 | K | D | |
| 45. Employees Retirement System of Texas | | None | | | Sold | 09/19 | K | | |
| 46. JP Morgan Chase Bank (Savings) | A | Interest | K | T | | | | | |
| 47. JP Morgan Chase Bank (Checking) | A | Interest | J | T | | | | | |
| 48. JP Morgan Chase Bank (Checking) | | None | | | Closed Acc't | 05/19 | J | | |
| 49. Liberty Bank SSB (CDs) | B | Interest | L | T | | | | | |
| 50. Liberty Bank SSB (Checking) | | None | J | T | | | | | |
| 51. Wells Fargo Bank (Checking) | | None | J | T | | | | | |
| 52. Wells Fargo Bank (Checking) | A | Interest | J | T | | | | | |
| 53. Oil & Gas Working Interests, San Juan County, NM (See Note) | D | Royalty | N | T | Sold Part | 09/27 | J | D | |

1. Income/Gain Codes: A = $1,000 or less B = $1,001-$2,500 C = $2,501-$5,000 D = $5,001-$15,000 E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000 G = $100,001-$1,000,000 H1 = $1,000,001-$5,000,000 H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less K = $15,001-$50,000 L = $50,000-$100,000 M = $100,001-$250,000
(See Columns C1 and D3) N = $250,000-$500,000 O = $500,001-$1,000,000 P1 = $1,000,001-$5,000,000 P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000 P4 = $More than $50,000,000
3. Value Method Codes Q = Appraisal R = Cost (Real Estate Only) S = Assessment T = Cash/Market
(See Column C2) U = Book Value V = Other W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Yeakel III, Earl L | 6/14/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 54. ▆▆▆▆ Irrevocable Trust | C | Distribution | L | T | | | | | |
| 55. Great Hall Investment Funds Prime | A | Dividend | K | T | Bought | 10/31 | M | | |
| 56. Great Hall Investment Funds Prime | | | | | Sold | 12/22 | M | | |
| 57. Calamos Growth & Income - A (Mutual Fund) | | None | K | T | Bought | 12/22 | K | | |
| 58. American Balanced (Mutual Fund) | | None | K | T | Bought | 12/22 | K | | |
| 59. Kopp Emerging Growth Fund Class A (Mutual Fund) | | None | K | T | Bought | 12/22 | K | | |
| 60. Thornburg Value Fund Class A (Mutual Fund) | | None | K | T | Bought | 12/22 | K | | |
| 61. FPA Capital (Mutual Fund) | | None | K | T | Bought | 12/22 | K | | |
| 62. Scudder Dreman High Return Equity Fund Class A (Mutual Fund) | | None | K | T | Bought | 12/22 | K | | |
| 63. LU Common Stock (X) (See Note) | | None | | | Sold | 11/24 | J | | |
| 64. ZMH Common Stock (X) (See Note) | | None | | | Sold | 11/24 | J | B | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Yeakel III, Earl L | 6/14/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

1. Part VII, item 53. The oil & gas working interests in San Juan County, New Mexico, are operated by XTO Energy, Inc.

2. Part VII, items 63 & 64. The Lucent Technologies (LU) and Zimmer Holdings, Inc. (ZMH) common stocks were not listed on the previous report as neither had a fair market value in excess of $1000 nor had I received income in excess of $200 from either during the reporting period. At the time the shares were sold, each realized slightly over $1000 and thus are reported here.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____  Date _June 14, 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544